400 A.2d 645

Hamblin, t/a Hamblin's Painting Service v. Wilson, Appellant.

Submitted September 15, 1978. John P. Lawler, for appellant; David P. Knauer, for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.